UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **MAGYEIXY MANAMA-MEDINA #A232-495-803** | **CASE NO.  6:25-CV-01291 SEC P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **U S IMMIGRATION & CUSTOMS ENFORCEMENT** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## MEMORANDUM ORDER

On August 29, 2025, a petition for writ of habeas corpus was filed by the plaintiff.  On September 08, 2025, a memorandum order was issued by this court ordering the plaintiff within 30 days of the date of the order to pay the filing fee or submit an IFP application.  Mover has failed to take the required action in accordance with the memorandum order.  Accordingly,

**IT IS ORDERED** that the petition for writ of habeas corpus submitted by the plaintiff on August 29, 2025, be, and hereby is, stricken from the record.

THUS DONE in Chambers on this 19th day of November, 2025.

Carol B. Whitehurst
United States Magistrate Judge